ALFRED GEERING, Appellant, *v.* METROPOLITAN BANK, Respondent.

*Geering* v. *Metropolitan Bank*, 170 App. Div. 751, affirmed.

(Argued January 27, 1919; decided February 25, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1915, which reversed an order of the Appellate Term affirming a judgment of the the City Court of the city of New York in favor of plaintiff, entered upon a verdict, and granted a new trial. The action was to recover the amount of a deposit made by plaintiff with the defendant bank. The defense was that certain checks which the plaintiff had deposited in his account with defendant were forgeries or contained forged indorsements.

*John Willett* for appellant.

*Frederick C. Tanner* and *James. N. Luttrell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.